IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | No. 24-451-1 and 25-149-1 |
| LEGEND HALL | : | |

ORDER

On this 18th day of August, 2025, upon independent review of the Report and Recommendation of U.S. Magistrate Judge Jose Arteaga, and the transcript of the guilty plea proceedings, it is ORDERED that the Report and Recommendation is APPROVED and ADOPTED.  I accept the guilty plea of Legend Hall entered on July 29, 2025.  Sentence will be imposed on November 6, 2025, at 9:30 A.M. in Courtroom 14B.

BY THE COURT:


/s/Juan R. Sánchez
Juan R. Sánchez
U.S. District Court Judge